IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRADLEY GRIMES,**                      CASE NO. 2:07-cv-00951
                                             **JUDGE FROST**
         **Petitioner,**                   **MAGISTRATE JUDGE ABEL**

v.

**JEFFREY WOLFE, Warden,**

         **Respondent.**

## OPINION AND ORDER

On December 8, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action hereby is **DISMISSED.**

        **IT IS SO ORDERED**.

                                               /s/ Gregory L. Frost
                                               GREGORY L. FROST
                                               United States District Judge